UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOHN W. STANTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-006 |
| | ) | |
| BULL MOUNTAIN DEVELOPMENT COMPANY, NO. 1, LLC and BMP INVESTMENTS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed cases of <u>Dickey, et al. v. Bull Mountain Development Co.</u>, 3:05-CV-574 (Varlan/Guyton), and <u>Porter, et al. v. Bull Mountain Development, Company, et al.</u>, 3:06-CV-001 (Varlan/Guyton), that this case also should be assigned to District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton. However, consolidation of the cases is not ordered.

**IT IS SO ORDERED.**

ENTER:

      s/ H. Bruce Guyton
United States Magistrate Judge